# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-123
_____

ATKINS NORTH AMERICA, INC.,
f/k/a POST, BUCKLEY, SCHUH &
JERNIGAN, INC.,

Appellant/Cross-Appellee,

v.

RS&H, INC., f/k/a REYNOLDS,
SMITH AND HILLS, INC.,

Appellee/Cross-Appellant.
_____

On appeal from the Circuit Court for Duval County.
Thomas Beverly, Judge.

April 6, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***
_____

Karl E. Pearson and Brian D. Shank of Pearson Bitman LLP, Maitland, for Appellant/Cross-Appellee.

G. Kenneth Norrie and E. Carson Lange of Rogers Towers, P.A., Jacksonville, for Appellee/Cross-Appellant.